UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TENESHA LEWIS,**

    **Plaintiff,**

v.                                        **Case No. 3:15-cv-1246-J-39MCR**

**NATIONAL ENTERPRISE SYSTEMS, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Voluntary Dismissal With Prejudice (Doc. 4; Notice) filed on October 29, 2015. In the Notice, Plaintiff requests a dismissal of this case with prejudice. See Notice at 1. Accordingly, it is hereby **ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 3rd day of November, 2015.

_____
BRIAN J. DAVIS
United States District Judge

em

Copies furnished to:

Counsel of Record